**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

TROY ELLISON                                                                                    APPELLEE

v.                                                      **CASE NO. 13-3371**

DONNA LESHER & TABITHA McCRILLIS                                          APPELLANTS

**NOTICE OF METHOD OF APPENDIX PREPARATION**

The appellees, Donna Lesher, individually, and Tabitha McCrillis, individually, through their

counsel, and pursuant to their appeal from the Order of the U.S. District Court for the Eastern

District of Arkansas at Docket No. 170 dated October 25, 2013, state:

1.     This is an appeal from an Order which denied qualified immunity to Donna Lesher, and

to Tabitha McCrillis, in *Troy Ellison, As Personal Representative of the Estate of Eugene Ellison,*

*Deceased v. Donna Lesher, Individually, and Tabitha McCrillis, Individually,* No. 4:11CV0752

(BSM).

2.     Pursuant to Fed. R. App. P. 30 (b)(1), and 8th Cir. R. 30A(b)(3), the Appellants provide

formal notice that they will dispense with the process of preparing a joint appendix and shall submit

a separate appendix with the opening brief due December 19, 2013.

3.     The Appellants designate the following items from the record in Case No. , No.

4:11CV0752 (BSM) will be included in the separate appendix filed in this matter:

      (a)   Docket No. 71     --   SECOND AMENDED COMPLAINT;

      (b)   Docket No. 81     --   ANSWER to SECOND AMENDED COMPLAINT by the

                                   Appellants;

      (c)   Docket No. 119   --   MOTION to Seal for Permission to File Motion for Summary

                                   Judgment and All Supporting Documentation Under Seal;

1

(d) Docket No. 124 -- SEALED Motion for Summary Judgment and Exhibits by the Appellants;

(e) Docket No. 126 -- SEALED Statement of Undisputed Facts by the Appellants;

(f) Docket No. 128 -- RESPONSE and Exhibits to Appellant's Motion for Summary Judgment

(g) Docket No. 143 -- SEALED Reply of the Appellants to Response to Appellants Motion for Summary Judgment & Exhibits

(h) Docket No. 170 -- ORDER granting in party and denying in part the Appellant's Motion for Summary Judgment;

(i) Docket No. 171 -- NOTICE OF INTERLOCUTORY APPEAL

4. The Appellants reserve the right to include other parts of the Record as part of the Separate Appendix that is filed in this case.

OFFICE OF THE CITY ATTORNEY
500 West Markham, Ste. 310
Little Rock, Arkansas 72201
(501) 371-4527

By:/s/ Thomas M. Carpenter  _____
Thomas M. Carpenter, #77024
tcarpenter@littlerock.org
and

/s/ William C. Mann, III  _____
William C. Mann, III, #79199
Chief Deputy City Attorney
bmann@littlerock.org

*Certificate of Service*

I hereby certify that a copy of the foregoing has been served, by placing same in the U. S. mail, postage prepaid and by electronic delivery, on this 8th day of November, 2013, upon:

Michael J. Laux
201 East Ohio Street
Suite 300
Chicago, Illinois 60611
mlaux@lauxlawgroup.com
slaux11@yahoo.com

_/s/ Thomas M. Carpenter_____