**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**


TROY ELLISON                                                    APPELLEE

v.                              **CASE NO. 13-3371**

**DONNA LESHER & TABITHA McCRILLIS**                    **APPELLANTS**

**STATEMENT OF ISSUES ON APPEAL**

The appellees, Donna Lesher, individually, and Tabitha McCrillis, individually, through their

counsel, and pursuant to their appeal from the Order of the U.S. District Court for the Eastern

District of Arkansas at Docket No. 170 dated October 25, 2013, state:

1.    This is an appeal from an Order which denied qualified immunity to Donna Lesher, and

to Tabitha McCrillis, in *Troy Ellison, As Personal Representative of the Estate of Eugene Ellison,*

*Deceased v. Donna Lesher, Individually, and Tabitha McCrillis, Individually,* No. 4:11CV0752

(BSM).

2.    Pursuant to Fed. R. App. P. 30 (b)(1), the Appellants state that it intends to present the

following issues for review:

   (a)  The District Court improperly denied summary judgment on the basis of qualified

        immunity to Officer Donna Lesher on 4th Amendment claims of illegal entry;

   (b)  The District Court improperly denied summary judgment on the basis of qualified

        immunity to Detective Tabitha McCrillis on 4th Amendment claims of illegal entry;

   (c)  The District Court improperly denied summary judgment on the basis of qualified

        immunity to Officer Donna Lesher on 4th Amendment claims of excessive force;

(d) The District Court improperly denied summary judgment on the basis of qualified immunity to Detective Tabitha McCrillis on 4th Amendment claims of excessive force;

3. The Appellants reserve the right to present other issues for review when the opening brief is filed on December 19, 2013.

OFFICE OF THE CITY ATTORNEY
500 West Markham, Ste. 310
Little Rock, Arkansas 72201
(501) 371-4527

By:/s/ Thomas M. Carpenter _____
   Thomas M. Carpenter, #77024
   tcarpenter@littlerock.org

and

/s/ William C. Mann, III _____
William C. Mann, III, #79199
Chief Deputy City Attorney
bmann@littlerock.org

### *Certificate of Service*

I hereby certify that a copy of the foregoing has been served, by placing same in the U. S. mail, postage prepaid and by electronic delivery, on this 8th day of November, 2013, upon:

Michael J. Laux
201 East Ohio Street
Suite 300
Chicago, Illinois 60611
mlaux@lauxlawgroup.com
slaux11@yahoo.com

 /s/ Thomas M. Carpenter _____